# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**WILLIAM PERRY,**
*Individually and on behalf of all other similarly situated current and former employees,*

Plaintiffs,

v.

**MID-SOUTH MAINTENANCE OF TN, LLC**

Defendant.

No. 3:20-cv-00116

Judge Campbell / Newbern

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that the above-captioned action may be dismissed, *with* prejudice, and without costs or attorneys' fees to either party.

/s/ Gordon E. Jackson
Gordon E. Jackson (TN BPR #8323)
J. Russ Bryant (TN BPR #33830)
Robert E. Turner, IV (TN BPR #35364)
Nathaniel A. Bishop (TN BPR #35944)
**JACKSON, SHIELDS, YEISER, HOLT, OWEN & BRYANT**
262 German Oak Drive
Memphis, TN 38018
Telephone: (901) 754-8001
gjackson@jsyc.com
rbryant@jsyc.com
rturner@jsyc.com
nbishop@jsyc.com

*Attorneys for Plaintiff*

/s/ Robert E. Boston
Robert E. Boston (TN Bar No. 009744)
**WALLER LANSDEN NORTCH & DAVIS, LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 850-8953
bob.boston@wallerlaw.com

/s/ Kristy L. Albrecht
Kristy L. Albrecht (N.D. Bar No. 05540)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND 58102-4991
Telephone: (701) 237-8200
kalbrecht@fredlaw.com


/s/ Joseph M. Sokolowski
Joseph M. Sokolowski (MN #0178366)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
jsokolowski@fredlaw.com

*Attorneys for Defendant Mid-South Maintenance of TN, LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all Counsel of Record or Pro Se Parties identified on the service list incorporated here in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.


/s/ Robert E. Boston

4841-0218-7731.1