IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:20-cv-00116 |
| ) | |
| MID-SOUTH MAINTENANCE OF TN, ) | JUDGE CAMPBELL |
| LLC, ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 34) indicating that all matters in dispute have been resolved and this case should be dismissed. Accordingly, this case is **DISMISSED**, with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE